OVERMAN CUSHION TIRE COMPANY, Inc., Plaintiff-Appellant, v. GOODYEAR TIRE & RUBBER COMPANY, Inc., Defendant-Appellee.

No. 281.

Circuit Court of Appeals, Second Circuit.

Feb. 16, 1931.

Robert W. Byerly, of New York City, for appellant.

F. O. Richey and Richey & Watts, all of Cleveland, Ohio, and Cooper, Kerr & Dunham, of New York City, for appellee.

William B. Cockley, of Cleveland, Ohio, for Goodyear Tire & Rubber Co. (Ohio corporation).

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order [48 F.(2d) 213] affirmed.